UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KESHIA ALSTON, on behalf of
herself and others similarly situated,

Plaintiff,

v.

SOUTHERN COMPANY GAS, et al.,

Defendants.

CIVIL ACTION NO.:
1:25-CV-00801-JPB

## **ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion to Approve

Settlement, Conditionally Certify the Collective Action for Settlement Purposes

Only and Dismiss with Prejudice [Doc. 23].  The Court has reviewed the record

and the parties' Settlement Agreement and finds that the agreement is fair,

reasonable and just.  Accordingly, the unopposed motion is **GRANTED**.  **IT IS**

**HEREBY ORDERED** that:

1) The Settlement Agreement presented to the Court is approved;

2) The Collective Action is conditionally certified for settlement purposes only

   and as agreed upon by the parties in settlement as follows:

> All persons who worked for AGL Services Company in a Customer
> Experience role for at least one full workweek between March 2,
> 2023, and December 31, 2025;

3) The Collective Action Settlement Notice to be sent to Putative Collective Members presented to the Court is approved;

4) The case is dismissed with prejudice; and

5) This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

**SO ORDERED** this 14th day of July, 2026.

_____

**J. P. BOULEE**
United States District Judge

2